1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7   JOANNE BUCKLEY, et al., | Case No.  15-cv-01212-HSG |
| 8              Plaintiffs, | **ORDER CONTINUING DEADLINES FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINTS** |
| 9        v. | |
| 10   COOPER VISION, INC., et al., | |
| 11              Defendants. | |
| 12 | |
| 13   BRETT WATSON, | Case No. 15-cv-01276-HSG |
| 14              Plaintiff, | |
| 15        v. | |
| 16   COOPER VISION, INC., et al., | |
| 17              Defendants. | |
| 18   MARILYN MARLENE DEDIVANAJ, | Case No. 15-cv-01281-HSG |
| 19              Plaintiff, | |
| 20        v. | |
| 21   COOPER VISION, INC., et al., | |
| 22              Defendants. | |
| 23   BEN HAWKINS, | Case No. 15-cv-01297-HSG |
| 24              Plaintiff, | |
| 25        v. | |
| 26   ALCON LABORATORIES, INC., et al., | |
| 27              Defendants. | |

28

United States District Court
Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| 1  LANA OHMES, et al., | Case No. 15-cv-01301-HSG |
| 2          Plaintiffs, | |
| 3          v. | |
| 4  ALCON LABORATORIES, INC., et al., | |
| 5          Defendants. | |
| 6  KEVIN MOY, | Case No. 15-cv-01340-HSG |
| 7          Plaintiff, | |
| 8          v. | |
| 9  COOPERVISION, INC., et al., | |
| 10         Defendants. | |
| 11  GORDON MAH, et al., | Case No. 15-cv-01406-HSG |
| 12         Plaintiffs, | |
| 13         v. | |
| 14  ABB CONCISE OPTICAL GROUP, LLC, et al., | |
| 15 | |
| 16         Defendants. | |
| 17  SERGIO CASTILLO, | Case No. 15-cv-01408-HSG |
| 18         Plaintiff, | |
| 19         v. | |
| 20  COOPER VISION, INC., et al., | |
| 21         Defendants. | |
| 22  AMANDA CUNHA, | Case No. 15-cv-01413-HSG |
| 23         Plaintiff, | |
| 24         v. | |
| 25  ALCON LABORATORIES, INC., et al., | |
| 26         Defendants. | |

27       Motions to transfer the above-captioned class actions, along with other related actions filed

28  in other districts, to a single district for coordination or consolidation are currently pending before

2

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

the Judicial Panel for Multidistrict Litigation ("JPML").  *See In re: Disposable Contact Lens Antitrust Litigation*, MDL No. 2626.  The deadlines for Defendants to answer or otherwise respond to the complaints filed in the above-captioned class actions are hereby continued pending resolution of MDL No. 2626.  Discovery shall also be stayed pending resolution of MDL No. 2626.  However, if Defendants are required to answer or otherwise respond to another complaint in a related class action before then, Defendants will answer or otherwise respond to the complaints in the above-captioned class actions at the same time.  Furthermore, if any Defendant responds to any discovery requests or makes any initial disclosures in a related class action, that Defendant will simultaneously provide the same responses and/or disclosures to any Plaintiff in any one of the above-captioned class actions involving that Defendant.

11      **IT IS SO ORDERED.**

12    Dated: April 7, 2015

13    _____

14    HAYWOOD S. GILLIAM, JR.
      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28